[No. 4519.]

## JUANA BRIONES DE MIRANDA *v.* HENRY TOOMEY
### ET AL.

LIMITATION OF ACTIONS.—The Statute of Limitations in respect to a Mexican grant is not set in motion by a survey made under the act of Congress of June 14, 1860, becoming final. The statute in such case does not commenge running until the patent issues.

APPEAL from the District Court, Twentieth Judicial District, County of Santa Clara.

Ejectment to recover a part of the Rancho la Purissima Concepcion, lying in the county of Santa Clara. The defendant plead the Statute of Limitations. A grant, made by the Mexican nation to the plaintiff, was confirmed by the Board of Land Commissioners. An appeal was taken to the United States District Court, where the grant was again confirmed on the 17th of April, 1856. The United States gave notice that no appeal would be taken, and the decree of confirmation became final December 24, 1856. A survey of the grant was made and returned into court December 12, 1862, and the same was set aside December 13, 1862, and a new survey was ordered. A new survey was returned into court on the 29th of January, 1863, and this was confirmed on the 2d day of February, 1863, under the act of Congress of June 14, 1860. A patent was issued August 15, 1871. The action was commenced February 14, 1872. The plaintiff had judgment, and the defendant appealed.

*H. K. W. Clarke,* for the Appellant.

*T. B. Bishop and Wm. Mathews,* for the Respondent.

By the COURT:

The only defense interposed by the defendants is based upon the Statute of Limitations.

The patent under which the plaintiff claims was issued in 1871, and the action was commenced in 1872. The circumstance that the survey became final in 1863, under the act of June 14, 1860, is of no moment. (*Gardiner* v. *Miller,* 47 Cal. 570; *Reed* v. *Ybarra,* 50 Cal. 465.)

Judgment and order denying a new trial affirmed.